1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   TIFFANY BROWN
6

7                 IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )  No. CR-S 11-190 MCE
                                    )
12             Plaintiff,           )
                                    )  STIPULATION AND ORDER CONTINUING
13     v.                           )  PRELIMINARY HEARING EXAMINATION
                                    )
14                                  )  Date    May 30, 2012
   TIFFANY BROWN,                   )  Time:   2:00 P.M.
15             Defendants.          )  Judge: Duty Magistrate
                                    )
16 _____  )

17     **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

19 Santos, Counsel for Defendant Tiffany Brown; that the preliminary

20 hearing scheduled for May 22, 2012, be vacated and the matter be

21 continued to this Court's criminal calendar on May 30, 2012, at 2:00

22 p.m. for preliminary hearing/arraignment on superceding indictment.

23      The Court is advised that all counsel have conferred about this

24 request, that they have agreed to the May 30, 2012 date, and that Mr.

25 Hitt has authorized Ms. Santos to sign this stipulation on his behalf.

26

27

28

**IT IS SO STIPULATED.**

Dated: May 22, 2012          /S/ Dina L. Santos
                             DINA L. SANTOS
                             Attorney for
                             Tiffany Brown

Dated: May 22, 2012          /S/ Jason Hitt
                             JASON HITT
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 22, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                2