Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIFFANY BROWN,<br>　　　　　　　Defendant | CASE NO.  CR-S 11-0190-MCE<br><br>STIPULATION TO MODIFY CONDITION OF SUPERVISED RELEASE |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, AUSA Jason Hitt, and Defendant Tiffany Brown, represented by Attorney Dina L. Santos, hereby stipulate as follows:

　　The Pretrial condition number 15 requiring location monitoring shall be deleted.  Ms. Brown has complied with all aspects of her pre-trial supervision, is employed full-time, and is attempting to finish up her college education.  The United States Pre-trial Services office has no opposition to this request.

　　IT IS SO STIPULATED.

Stip. & [Proposed] Order - Pretrial            1

| | |
|---|---|
| Dated: April 11, 2016 | /s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney |
| Dated: April 11, 2016 | /s/ Dina L. Santos<br>DINA SANTOS, ESQ.<br>Attorney for Tiffany Brown |

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of April, 2016.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE