Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TIFFANY BROWN,<br><br>　　　　　　　　　Defendants | CASE NO. 11-0190 MCE<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING TEMPORARY RETURN OF PASSPORT AND AUTHORIZATION DEFENDANT TO TRAVEL. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant Tiffany Brown, represented by Attorney Dina Santos; hereby stipulate as follows:

Ms. Brown's passport will be returned to her temporarily from Pretrial services. Ms. Brown will be allowed to use her passport to travel to Tamarindo, Costa Rica on August 24, 2016, and returning on August 28, 2016. Ms. Brown will return her passport to Pretrial Services upon her return from Costa Rica. According to Pretrial Services, Ms. Brown has been compliant with her current conditions but regarding this request, Pretrial Services is deferring to the Court.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: August 3, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney |
| Dated: August 3, 2016 | /s/  Dina L. Santos<br>DINA L. SANTOS, ESQ.<br>Attorney for TIFFANY BROWN |

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of August, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2