Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>TIFFANY BROWN,<br><br>               Defendant | CASE NO. 11-0190 MCE<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO AUTHORIZE DEFENDANT TO TRAVEL |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant Tiffany Brown, represented by Attorney Dina Santos; hereby stipulate as follows:

Ms. Brown will be allowed to travel to Las Vegas, Nevada, from June 24, 2017, to June 27, 2017. Pretrial Services has been notified and has no objection to the request.

IT IS SO STIPULATED.

Dated: June 13, 2017                                      BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ Jason Hitt
                                                          JASON HITT
                                                          Assistant United States Attorney

Dated: June 13, 2017          /s/   Dina L. Santos
                              DINA L. SANTOS, ESQ.
                              Attorney for TIFFANY BROWN

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of June, 2017

_____
HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE