1   Dina L. Santos, SBN 204200
    A Professional Law Corp.
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone: (916) 447-0160
    defense@dinasantos.com
4

5   Attorney for:
    TIFFANY BROWN
6

7                IN THE UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO. CR-S 11-0190-MCE

11                        Plaintiff,

12              v.                         STIPULATION TO MODIFY CONDITION OF
                                           SUPERVISED RELEASE
13  TIFFANY BROWN,
                          Defendant
14

15

16

17

18

19

20                            **STIPULATION**

21

22          Plaintiff United States of America, by and through its counsel of record, AUSA Jason Hitt, and

23  Defendant Tiffany Brown, represented by Attorney Dina L. Santos, hereby stipulate as follows:

24          The Pretrial condition numbers 10 and 12 shall be deleted. Conditions 10 and 12 read as

25  follows:

26  10. You shall submit to alcohol or drug testing as approved by the pretrial services officer.

27  12. You shall participate in a program of medical or psychiatric treatment, including treatment for drug

28  or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs

of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

The United States Pre-trial Services office has no opposition to this request.

      IT IS SO STIPULATED.

Dated: September 12, 2018              /s/ Jason Hitt
                                            JASON HITT
                                            Assistant United States Attorney

Dated: September 12, 2018              /s/   Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Tiffany Brown

**ORDER**

      IT IS SO FOUND AND ORDERED

Dated: September 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE