Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
TIFFANY BROWN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TIFFANY BROWN,<br>                Defendants | CASE NO. 11-0190 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER TO CONTINUE CASE TO 2/14/19 AT 10:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Tiffany Brown, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 17, 2019.

2. By this stipulation, defendant now moves to continue the status conference until February 14, 2019, and to exclude time between January 17, 2019, and February 14, 2019, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant continues to conduct investigation, continue to engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    b) The government does not object to the continuance.

Stip. & Order Continuing Status Conf. & Excluding
Time Periods Under Speedy Trial Act

1

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 17, 2019, to February 14, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 15, 2019                MCGREGOR SCOTT
                                       United States Attorney

                                       /s/ Jason Hitt
                                       JASON HITT
                                       Assistant United States Attorney

Dated: January 15, 2019                /s/ Dina L. Santos
                                       DINA SANTOS, ESQ.
                                       Attorney for Tiffany Brown

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE