| | |
|---|---|
| 1 | Dina L. Santos, SBN 204200 |
| | A Professional Law Corp. |
| 2 | 455 Capitol Mall, Suite 802 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 447-0160 |
| | defense@dinasantos.com |
| 4 | |
| 5 | Attorney for: |
| | TIFFANY BROWN |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S 11-0190-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| TIFFANY BROWN, | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, AUSA Jason Hitt, and Defendant Tiffany Brown, represented by Attorney Dina L. Santos, hereby stipulate as follows:

The Pretrial condition numbers 5 shall be amended as follows:

"You must restrict your travel to the Eastern and Northern Districts of California, unless otherwise approved in advance by the pretrial services officer."

The United States Pre-trial Services office has no opposition to this request.

IT IS SO STIPULATED.

Dated: July 30, 2019                                /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant United States Attorney

Dated: July 30, 2019                                /s/ Dina L. Santos
                                                    DINA SANTOS, ESQ.
                                                    Attorney for Tiffany Brown

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 30, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE