Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

TIFFANY BROWN ,

                    Defendant

CASE NO. 11-0190 MCE

STIPULATION TO CONTINUE J&S TO NOVEMBER 21, 2019 AT 10:00 A.M. AND RESET BRIEFING SCHEDULE

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S and reset the briefing schedule as follows:

      Judgment and Sentencing Date:  **November 21, 2019**

      Reply, or Statement of Non-Opposition: **November 14, 2019**

      Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  **November 7, 2019**

      **Final PSR:**                            **October 31, 2019**

      Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  **October 17, 2019**

      IT IS SO STIPULATED.

1

1

2  Dated:  August 30, 2019                    McGregor Scott
                                              United States Attorney
3

4                                             /s/ Jason Hitt
                                              JASON HITT
5                                             Assistant United States Attorney

6
   Dated:  August 30, 2019                    /s/   Dina L. Santos
7                                             DINA SANTOS, ESQ.
                                              Attorney for TIFFANY BROWN
8

9                                   **ORDER**

10
        IT IS SO ORDERED.
11
   Dated:  September 9, 2019
12

13

14                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28