Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>TIFFANY BROWN ,<br><br>                Defendant | CASE NO. 11-0190 MCE<br>                16-0005 MCE<br><br>STIPULATION TO CONTINUE J&S TO<br>JANUARY 9, 2020, AT 10:00 A.M. (AMENDED) |

**STIPULATION**

      Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to January 9, 2020.

///
///
///
///
///
///
///

1

Issues relating to the final recommendation for sentencing remain outstanding.  Probation has been notified of the new date.

IT IS SO STIPULATED.

Dated:  November 25, 2019         McGregor Scott
                                  United States Attorney


                                  /s/ Jason Hitt
                                  JASON HITT
                                  Assistant United States Attorney


Dated:  November 25, 2019         /s/   Dina L. Santos
                                  DINA SANTOS, ESQ.
                                  Attorney for TIFFANY BROWN

**ORDER**

IT IS SO ORDERED.

Dated:  December 3, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE