Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>TIFFANY BROWN ,<br><br>Defendant | CASE NO. 11-0190 MCE<br>16-0005 MCE<br><br>STIPULATION TO CONTINUE J&S TO OCTOBER 8, 2020, AT 10:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to October 8, 2020. Probation will be notified of the new date.

IT IS SO STIPULATED.

Dated: June 16, 2020            McGregor Scott
                                United States Attorney


                                 /s/ Jason Hitt
                                JASON HITT
                                Assistant United States Attorney


Dated: June 16, 2020             /s/   Dina L. Santos
                                DINA SANTOS, ESQ.
                                Attorney for TIFFANY BROWN

1

**ORDER**

Pursuant to the stipulation of the parties, the judgment and sentencing in the above-captioned cases is hereby VACATED and CONTINUED to October 8, 2020.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE