1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160

4
    Attorney for:
5   Tiffany Brown

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
    UNITED STATES OF AMERICA,              CASE NO. 11-0190 MCE
9                                                   16-0005 MCE
                            Plaintiff,
10                                         STIPULATION TO CONTINUE J&S TO
    TIFFANY BROWN ,                        MARCH 25, 2021, AT 10:00 A.M.
11                          Defendant

12

13

14

15                              **STIPULATION**

16          Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by

17   and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to March

18   25, 2021.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

                                    1

1          Probation will be notified of the new date.

2    IT IS SO STIPULATED.

3     Dated:  January 27, 2021                    McGregor Scott
                                                   United States Attorney
4

5                                                  /s/ Jason Hitt
                                                   JASON HITT
6                                                  Assistant United States Attorney

7
      Dated:  January 27, 2021                     /s/   Dina L. Santos
8                                                  DINA SANTOS, ESQ.
                                                   Attorney for TIFFANY BROWN
9

10

11

12                                   **ORDER**

13          IT IS SO ORDERED.

14

15   Dated:  January 29, 2021

16

17

18                                   MORRISON C. ENGLAND, JR.
                                     SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2