| | |
|---|---|
| Dina L. Santos, SBN 204200 | |
| A Professional Law Corporation | |
| 455 Capitol Mall, Suite 802 | |
| Sacramento, CA 95814 | |
| Telephone: (916) 447-0160 | |

Attorney for:
Tiffany Brown

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-0190 MCE |
| | 16-0005 MCE |
| Plaintiff, | |
| | STIPULATION TO CONTINUE J&S TO |
| TIFFANY BROWN , | SEPT. 16, 2021, AT 10:00 A.M. |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to September 16, 2021. Probation has been notified of the new date and is available.

IT IS SO STIPULATED.

Dated: June 1, 2021                                     Phillip Talbert
                                                        United States Attorney


                                                        /s/ Jason Hitt
                                                        JASON HITT
                                                        Assistant United States Attorney


Dated: June 1, 2021                                     /s/  Dina L. Santos
                                                        DINA SANTOS, ESQ.
                                                        Attorney for TIFFANY BROWN

1

**ORDER**

Pursuant to the stipulation of the parties, the judgment and sentencing in this case is continued to September 16, 2021.

IT IS SO ORDERED.

Dated:  June 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE