1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone:  (916) 447-0160

4
   Attorney for:
5  Tiffany Brown

6
                    IN THE UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,              CASE NO. 11-0190 MCE
9                                                  16-0005 MCE
                             Plaintiff,
10                                         STIPULATION & PROPOSED ORDR TO
   TIFFANY BROWN ,                         CONTINUE J&S TO
11                           Defendant     DECEMBER. 16, 2021, AT 10:00 A.M.

12

13

14                              **STIPULATION**

15        Plaintiff United States of America, by and through its counsel of record, and Tiffany Brown, by

16  and through her Counsel of record, Dina Santos hereby stipulate to continue the date for J&S to

17  December 16, 2021.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    1

Issues related to the final sentencing recommendation remain outstanding.  Probation has been notified of the new date and is available.

IT IS SO STIPULATED.

Dated:  September 21, 2021

Phillip Talbert
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated:  September 21, 2021

/s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for TIFFANY BROWN

**ORDER**

IT IS SO ORDERED.

Dated:  September 24, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE